1

2

3

4

5

6

7

8

9

10

UNITED STATES  DISTRICT COURT

Northern District of California

San Francisco Division

11

SORINA PEREZ,

No. C 14-00441 LB

12

Plaintiff,

**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

v.

13

MCKELLAR & ASSOCIATES GROUP, INC.,

14

15

Defendant.

16

_____/

17   Plaintiff Sorina Perez filed this Fair Debt Collection Practices Act action against Defendant

18   McKellar & Associates Group, Inc. on January 29, 2014.  Complaint, ECF No. 1.  She served

19   Defendant, and after Defendant failed to timely answer or otherwise respond to the complaint, she

20   moved for entry of default.  Executed Summons, ECF No. 7; Motion for Entry of Default, ECF No.

21   8.  The Clerk of the Court entered Defendant's default on March 7, 2014.  Entry of Default, ECF No.

22   10.  Since then, the court has been waiting for Plaintiff to move for default judgment and has twice

23   continued the initial case conference to give Plaintiff time to do so.  4/16/2014 Clerk's Notice, ECF

24   No. 11; 7/3/2014 Clerk's Notice, ECF No. 12.  Plaintiff has done nothing.

25   Accordingly, the court **ORDERS** Plaintiff to show cause why the case should not be dismissed

26   for her failure to prosecute it.  She shall do so by filing a written explanation no later than **October**

27   **8, 2014**.  Failure to do so may result in dismissal of the case without prejudice for failure to

28   prosecute.  *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (court may dismiss an

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

action based on a party's failure to prosecute an action); *see also Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002) (setting forth five non-exhaustive factors for the court to consider).

**IT IS SO ORDERED.**

Dated: October 1, 2014

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California