Delta Law Group, A Professional Corporation
Jim G. Price, Esq., #119324
P.O. Box 1417
Brentwood, CA 94513
Telephone: 925-516-4686

Attorneys for Plaintiff SORINA PEREZ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| SORINA PEREZ | CASE NUMBER |
|---|---|
| Plaintiff(s), | 3:14-CV-00441-LB |
| v. | |
| McKELLAR & ASSOCIATES GROUP, INC. | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

October 1, 2014
Date

_____
*Signature of Attorney/Party*

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.